| | |
|---|---|
| Glenn Katon, SBN 281841<br>**KATON LAW**<br>385 Grand Avenue, Suite 200<br>Oakland, CA 94610<br>gkaton@katon.law<br>TEL: 510.463.3350<br>FAX: 510.463.3349<br>Attorney for Plaintiff<br>COREY MASON EDWARD HUGHES<br><br>**PORTER | SCOTT**<br>A PROFESSIONAL CORPORATION<br>Carl L. Fessenden, SBN 161494<br>David R. Norton, SBN 291448<br>350 University Ave., Suite 200<br>Sacramento, California 95825<br>TEL: 916.929.1481<br>FAX: 916.927.3706<br>cfessenden@porterscott.com<br>dnorton@porterscott.com<br>Attorneys for Defendants<br>COUNTY OF SAN JOAQUIN and<br>DEPUTY RICHARD GARCIA | XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>JON S. ALLIN, State Bar No. 155069<br>Supervising Deputy Attorney General<br>ROBERT M. PERKINS, III, State Bar No. 309192<br>Deputy Attorney General<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Robert.Perkins@doj.ca.gov<br>TEL: 916.210.6144<br>FAX: (916) 324-5205<br>Attorneys for Defendants Rodriguez and Casillas<br><br>Jamil R. Ghannam, SBN 300730<br>**CITY OF STOCKTON**<br>425 n. El Dorado Street, 2nd Floor<br>Stockton, CA 95202-1951<br>jamil.ghannam@stocktonca.gov<br>TEL: 209.937.8333<br>Attorney for CITY OF STOCKTON, MICHAEL RODRIGUEZ, ROBERT MOLTHEN, ROBERT WONG, and KATHRYN ABDALLAH |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MASON EDWARD HUGHES,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF STOCKTON, et al.,<br><br>Defendants.<br>_____/ | CASE NO. 2:18-cv-03188-JAM-DB<br><br>**STIPULATION AND ORDER FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT**<br><br>Complaint Filed: 12/11/2018<br>First Amended Complaint Filed: 02/21/2019 |

Plaintiff filed his Amended Complaint on February 21, 2019. Thereafter, it was served on all parties. Responsive pleadings are currently due March 22, 2019. The Defendants each have raised issues with the Amended Complaint. In accordance with the Court's December 12, 2018 Order regarding the filing of motions pursuant to Rule 12(b), the parties have met and conferred regarding the issues raised and agreed to the following:

///

{01984427.DOCX} 1

**STIPULATION AND [PROPOSED] ORDER FOR
PLAINTIFF TO FILE SECOND AMENDED COMPLAINT**

1. Plaintiff agrees to amend his Amended Complaint. The Second Amended Complaint shall be filed by March 29, 2019.
2. Defendants shall have 20 days after the Second Amended Complaint is served to file a response to it;
3. As Plaintiff has agreed to amend his complaint, the Defendants are relieved of their respective obligations to file a pleading in response to the Amended Complaint.

**IT IS SO STIPULATED.**

Dated: March 20, 2019  KATON LAW

By /s/Glenn Katon (authorized 03/20/2019)
    Glenn Katon
    Attorney Plaintiff

Dated: March 20, 2019  PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/Carl L. Fessenden
    Carl L. Fessenden
    David R. Norton
    Attorneys for Defendants County of San Joaquin and Richard H. Garcia, Jr.

Dated: March 20, 2019  STATE OF CALIFORNIA, DEPT. OF JUSTICE

By /s/Robert M. Perkins (authorized 03/20/2019)
    Robert M. Perkins
    Attorney for Harvey Casillas and Chris Rodriguez

Dated: March 20, 2019  CITY OF STOCKTON

By /s/Jamil R. Ghannam (authorized 03/20/2019)
    Jamil R. Ghannam
    Attorney for City of Stockton, Michael Rodriguez, Robert Molthen, Robert Wong and Kathryn Abdallah

# ORDER

The Court, having reviewed and considered the Parties' Stipulation for Plaintiff to file a Second Amended Complaint and finding good cause therefore, hereby approves:

1. Plaintiff agrees to amend his Amended Complaint. The Second Amended Complaint shall be filed by March 29, 2019;
2. Defendants shall have 20 days after the Second Amended Complaint is served to file a response to it;
3. As Plaintiff has agreed to amend his complaint, the Defendants are relieved of their respective obligations to file a pleading in response to the Amended Complaint.

**IT IS SO ORDERED.**

Dated: 3/20/2019 /s/ John A. Mendez
Judge, United States Court District