1 | JOHN M. LUEBBERKE, City Attorney
State Bar No. 164893
2 | JAMIL GHANNAM, Deputy City Attorney
State Bar No. 300730
3 | 425 N. El Dorado Street, 2nd Floor
Stockton, CA 95202
4 | Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendants
CITY OF STOCKTON, MICHAEL RODRIGUEZ, KATHRYN ABDALLAH, ROBERT MOLTHEN AND ROBERT WONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| COREY MASON EDWARD HUGHES, | Case No. 2:18-CV-03188-JAM-DB |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATED DISMISSAL OF STATE LAW CLAIMS AGAINST THE CITY OF STOCKTON AND COUNTY OF SAN JOAQUIN** |
| vs. | |
| CITY OF STOCKTON, et al., | |
| Defendants. | |

Pursuant to the stipulation of Plaintiff Corey Hughes, Defendant City of Stockton and Defendant County of San Joaquin, by and through their respective counsels of record, it is hereby ordered that:

The Court GRANTS the parties stipulation to dismiss all of the Plaintiff's state law claims against Defendant City of Stockton and Defendant County of San Joaquin only; and

The Court HEREBY ORDERS THE DISMISSAL WITH PREJUDICE AS TO DEFENDANT CITY OF STOCKTON AND DEFENDANT COUNTY OF SAN JOAQUIN ONLY FROM THE OPERATIVE SECOND AMENDED COMPLAINT (Doc. 9):

Claim 2, Cal. Civil Code §52.1;

Claim 3, Negligence/Negligent Hiring; and,

Claim 4, Assault/Battery.

///

1

1 | Defendants M. Rodriguez, Molthen, Abdallah, Wong and Garcia Jr. shall answer to the
2 | Second Amended Complaint on or before April 23, 2019.
3 | **IT IS SO ORDERED.**
4 |
5 | Dated: 4/10/2019
6 | /s/ John A. Mendez
7 | UNITED STATES DISTRICT COURT JUDGE