JOHN M. LUEBBERKE, City Attorney
State Bar No. 164893
JAMIL GHANNAM, Deputy City Attorney
State Bar No. 300730
425 N. El Dorado Street, 2nd Floor
Stockton, CA  95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendants
MICHAEL RODRIGUEZ, KATHRYN ABDALLAH, ROBERT MOLTHEN AND ROBERT WONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MASON EDWARD HUGHES, | Case No. 2:18-CV-03188-JAM-DB |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS KATHRYN ABDALLAH AND ROBERT WONG; ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| CITY OF STOCKTON, et al., | |
| Defendants. | *Fed. R. Civ. P. 41* |

Plaintiff COREY MASON EDWARD HUGHES and Defendants KATHRYN ABDALLAH and ROBERT WONG hereby stipulate under Federal Rule of Civil Procedure 41(a)(2), that this action be dismissed with prejudice as to all claims and causes of action as to Defendants Kathryn Abdallah and Robert Wong only, with each party identified in this stipulation of dismissal and proposed order to bear their own costs and attorney's fees.

///

///

///

///

///

///

///

1

1

**IT IS SO STIPULATED.**

2

Dated: August 20, 2020                         BY____*/s/ David Helbraun*[1]

3                                                                DAVID HELBRAUN

4                                                                Attorneys for Plaintiff
                                                                COREY HUGHES

5

6

Dated: August 20, 2020                         JOHN M. LUEBBERKE
                                                                CITY ATTORNEY

7

8                                                                BY____*/s/ Jamil R. Ghannam*
                                                                JAMIL GHANNAM

9                                                                DEPUTY CITY ATTORNEY

10                                                              Attorneys for Defendants
                                                                MICHAEL RODRIGUEZ, KATHRYN

11                                                              ABDALLAH, ROBERT MOLTHEN AND
                                                                ROBERT WONG

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1] Authority to affix e-signature of counsel was granted by counsel for Plaintiff on August 20, 2020. USDC Eastern District Local Rule 131(e).

2

1

### ORDER OF DISMISSAL WITH PREJUDICE

2

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(2), **IT**

3

**IS HEREBY ORDERED** that this action is dismissed with prejudice as to all claims and causes

4

of action as to Defendants Kathryn Abdallah and Robert Wong only. Each party to bear their own

5

costs and attorney's fees.

6

7

Dated:  August 20, 2020                                    /s/ John A. Mendez_____

8

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS KATHRYN ABDALLAH
AND ROBERT WONG; [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE