1

David M. Helbraun   SBN 129840
**HELBRAUN LAW FIRM**
555 Montgomery Street, Suite 605
San Francisco, CA 94111
Phone: (415) 982-4000
Email: dmh@helbraunlaw.com

Attorneys for Plaintiff
COREY HUGHES

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8

| COREY MASON EDWARD HUGHES, | ) | Case No. 2:18-CV-03188-JAM-DB |
|---|---|---|

9

10

11

12

13

14

Plaintiff,

vs.

CITY OF STOCKTON, et al.,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

**ORDER RE FILING OF AMENDED PLAINTIFF BRIEF CORRECTING PAGINATION AND TABLES**

15

16

17

WHEREAS, Plaintiff COREY HUGHES' briefing in Opposition to the pending motions

for summary judgment was due on September 15, 2020; and

18

19

WHEREAS, Plaintiff's Memorandum of Points & Authorities opposing the pending

summary judgment motions was filed at 12:37 a.m. on September 16, 2020; and

20

21

WHEREAS, said Memorandum of Points & Authorities inadvertently and mistakenly

contained pagination errors and incomplete Tables of Authorities and Table of Contents; and

22

23

WHEREAS Plaintiff filed an Amended Memorandum of Points & Authorities which

only corrects the pagination and the Tables of Authorities and Table of Contents;

24

25

26

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Plaintiff's filing of

Docket #52, the Amended Memorandum of Points & Authorities shall be deemed timely filed.

27

28

Dated:  9/18/2020

/s/ John A. Mendez_____
Honorable John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

1