# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| _____ <br> *Plaintiff* <br> v. <br> _____ <br> *Defendant* | ) <br> ) <br> )   Case No. <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

*Charles Robeson*
_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2022, I electronically filed the following documents with the Clerk of the Court by using the Pacer/NextGen system::

APPEARANCE OF COUNSEL FOR DEFENDANT MICHAEL RODGRIGUEZ

I certify that **all** participants in the case are registered Pacer/NextGen/CM/ECF users and that service will by accomplished by Pacer/NextGen/CM/ECF system.

I declarer under penalty of perjury under the laws of the United States and the State of California the foregoing is true and correct and that this declaration was executed on August 3, 2022, at San Francisco, California.

                                                  /s/Charles Bolcom
                                                  Signature