DAVID M. HELBRAUN SBN 129840
**HELBRAUN LAW FIRM**
220 Montgomery Street, Suite 1100
San Francisco, California 94104
Phone: (415) 982-4000
Email: dmh@helbraunlaw.com

Attorneys for Plaintiff
COREY HUGHES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY MASON EDWARD HUGHES,<br><br>Plaintiff,<br>v.<br>CITY OF STOCKTON, et.al.,<br><br>Defendants. | Case No.:  2:18-cv-03188-JAM-DB<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Settlement Agreement and Release executed by and between the parties identified herein, the undersigned, counsel of record for Plaintiff COREY MASON EDWARD HUGHES and Defendants CITY OF STOCKTON and CITY OF STOCKTON POLICE OFFICER MICHAEL RODRIGUEZ ("Defendants"), respectively, do hereby agree and stipulate that the above-referenced case be dismissed, in its entirety and with prejudice, as to all defendants.  Each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED:  October 28, 2024            HELBRAUN LAW FIRM
                                    /s/ David M. Helbraun
                                    DAVID M. HELBRAUN
                                    Attorneys for Plaintiff
                                    COREY HUGHES

Dated: October 29, 2024          COOPER & SCULLY LLP

                                 By:  /s/ Charles H. Bolcom
                                      Charles H. Bolcom
                                      Attorneys for Defendants CITY OF
                                      STOCKTON and CITY OF STOCKTON
                                      POLICE OFFICER MICHAEL
                                      RODRIGUEZ

## ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to the parties' STIPULATION OF DISMISSAL WITH PREJUDICE set forth above, the Court hereby orders that:

1. The above-captioned case be **DISMISSED**, in its entirety and with prejudice; and

2. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 31, 2024          /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE